UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTINA MULLIGAN and JAMES OEHLER, individually and on behalf of their minor daughter N.O.,

        Plaintiffs,

- against -

754-768 BRADY OWNERS CORP. ET AL.,

        Defendants.

---

20 Civ. 7178 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by November 16, 2020.

SO ORDERED.

Dated:    New York, New York
            November 2, 2020

                              /s/ John G. Koeltl
                              John G. Koeltl
                        United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/20