UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINA MULLIGAN, et al.

       Plaintiffs,

  -against-

754-768 BRADY OWNERS CORP., et al.

       Defendants.

20-CV-7178 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated during the settlement conference conducted on February 23, 2021, plaintiffs and the Co-Op Defendants are directed to meet and confer in real time (e.g., by telephone or videoconference) and in good-faith on at least two occasions over the next two weeks to continue settlement negotiations. In advance of each meeting, the parties shall convey updated settlement positions to one another. The negotiating parties must keep defendant Monique Bowe apprised of the settlement negotiations; however, Ms. Bowe need not participate in the negotiations.

    No later than **March 9, 2021**, the parties shall submit a confidential joint letter, emailed to Moses_NYSDChambers@nysd.uscourts.gov, advising the Court as to the status of their settlement negotiations.

Dated: New York, New York
       February 24, 2021

                      **SO ORDERED**.

                      _____
                      **BARBARA MOSES**
                      **United States Magistrate Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/21