

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINA MULLIGAN, et al.

    Plaintiffs,

-against-

754-768 BRADY OWNERS CORP., et al.

    Defendants.

20-CV-7178 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' confidential joint letter advising the Court as to the status of their settlement negotiations. No later than **March 18, 2021**, the parties shall again submit a confidential joint letter, by email to Moses_NYSDChambers@nysd.uscourts.gov, updating the Court as to their settlement negotiations.

Dated: New York, New York
       March 11, 2021

                      **SO ORDERED**.

                      **BARBARA MOSES**
                      **United States Magistrate Judge**