UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:   3/22/21
```

CHRISTINA MULLIGAN, et al.

    Plaintiffs,

  -against-

754-768 BRADY OWNERS CORP., et al.

    Defendants.

20-CV-7178 (JGK) (BCM)

**ORDER SCHEDULING CONTINUED
SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

  The Court has received and reviewed the parties' confidential joint letter advising the Court as to the status of their settlement negotiations. The Court will conduct a counsel-only, telephonic continued settlement conference on **April 7, 2021, at 2:00 p.m.** At that time, the parties are directed to call (888) 557-8511, enter the access code 7746387, and enter the security code the Court will provide counsel by email. Counsel for defendant Monique Bowe need not attend the conference.

Dated: New York, New York
   March 22, 2021

       **SO ORDERED**.

       _____

       **BARBARA MOSES**
       **United States Magistrate Judge**