

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/21

Bryan J. Mazzola
1500 Broadway – Suite 505
New York, New York
bmazzola@boydlawgroup.com

April 7, 2021

*via e-mail and ECF*
Hon. Barbara Moses, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 20A
New York, New York 10007-1312
MOSES_NYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**

    Re:    *Mulligan, et al. v. 754-768 Brady Owners Corp., et al.*
            *(Case No. 1:20-cv-07178-JGK)*

Dear Magistrate Judge Moses:

    Our office is counsel to defendants 755-768 Brady Owners Corporation (the "Co-Op") and the Co-Op's managing agent EBMG, LLC (collectively, the "Co-Op Parties") in the above-referenced matter. We respectfully request that the Court consider this letter motion in lieu of more formal motion submission.

    The Co-Op Parties respectfully move before this Court to adjourn the counsel-only settlement call between the parties and Your Honor from April 7, 2021 to April 16, 2021. Counsel to all parties is available on the adjourned date, April 16, 2021. This motion is made because one of the Co-Op's insurers, CNA, was subject to a hacking attack.

    As a result of the hacking attack, CNA has been forced to shut down its claims processing system. This has made it difficult for the Co-Op Parties to continue settlement discussions with Plaintiffs. Plaintiffs have graciously consented to this request.

    Plaintiffs were prepared to move forward with the April 7, 2021 conference. However, in light of our representation that moving forward is infeasible, Plaintiffs have consented to our request for an adjournment in the interests of preserving the Court's time. We thank the Court for its continuing consideration in this matter.

**BOYD RICHARDS PARKER & COLONNELLI, P.L.**

| MIAMI | FT. LAUDERDALE | TAMPA | WEST PALM BEACH | NEW YORK |
|---|---|---|---|---|
| 100 S.E. Second Street, Suite 2600 | 1600 W. Commercial Boulevard, Suite 201 | 400 N. Ashley Drive, Suite 1150 | 824 U.S. Highway One, Suite 100 | 1500 Broadway – Suite 505 |
| Miami, Florida 33131 | Fort Lauderdale, Florida 33302 | Tampa, Florida 33602 | North Palm Beach, Florida 33408 | New York, New York 10036 |
| Tel: 786-425-1045 Fax: 786-425-3905 | Tel: 954-848-2460 Fax: 954-848-2470 | Tel: 813-223-6021 Fax: 813-223-6024 | Tel: 561-624-8233 Fax: 561-624-8940 | Tel: (212) 400-0626 |

Respectfully submitted,

**BOYD RICHARDS PARKER & COLONNELLI, P.L.**
*Attorneys for the Co-Op Parties*

By: _____/s/ *Bryan J. Mazzola*_____
    Bryan J. Mazzola
    1500 Broadway – Suite 1500
    New York, New York 10036
    Tel. (212) 400-0626
    E-Mail: bmazzola@boydlawgroup.com

cc:  **KAUFMAN LIEB LEIBOWITZ & FRICK**
     *Attorneys for Plaintiffs*
     *(via e-mail and ECF)*

   **RUBIN PATERNITI GONZALEZ RIZZO KAUFMAN, LLP**
   *Attorneys for the Co-Op Parties*
   *(via e-mail and ECF)*

   **ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
   *Attorneys for Monique Bowe*
   *(via e-mail and ECF)*

**SO ORDERED:**

Dated: April 8, 2021

_____
Hon. Barbara Moses, U.S.M.J.

Application GRANTED. The counsel-only, telephonic continued settlement conference previously scheduled for April 7, 2021, is ADJOURNED to **April 16, 2021, at 10:00 a.m.**

2