UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINA MULLIGAN, et al.

    Plaintiffs,

-against-

754-768 BRADY OWNERS CORP., et al.

    Defendants.

20-CV-7178 (JGK) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/21

**BARBARA MOSES, United States Magistrate Judge.**

The parties, through their counsel, are directed to meet and confer in real time and in good faith as soon as practicable, and no later than April 28, 2021, to continue their settlement discussions. No later than **April 28, 2021**, the parties shall submit a confidential joint letter – by email to Moses_NYSDChambers@nysd.uscourts.gov – advising the Court as to the status of those discussions. If the parties have not yet settled, the Court will conduct a brief, continued telephonic settlement conference on **April 30, 2021, at 10:30 a.m.** At that time, counsel are directed to call (888) 557-8511, enter the access code 7746387, and enter the security code that chambers will email to counsel. Counsel for defendant Monique Bowe need not attend the conference.

Dated: New York, New York
      April 16, 2021

                              SO ORDERED.

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**