# Kaufman
# Lieb
# Lebowitz &
# Frick
attorneys at law

(212) 660-2332
10 E. 40th St., Suite 3307
New York, NY 10016
www.kllf-law.com

June 18, 2021

**Via ECF**

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
400 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
6/18/21
John G. Koeltl, U.S.D.J.

Re: *Mulligan v. 754-768 Brady Owners Corp. et al.*, 20 Civ. 7178

Your Honor:

I represent Plaintiffs in this matter. This Court previously granted my motion to withdraw as Plaintiffs' attorney. Plaintiffs requested that I withdraw when they were concerned that ongoing litigation would be cost prohibitive. However, following months of negotiation and multiple conferences with Magistrate Moses, the parties have reached a final settlement agreement. Plaintiffs have now asked me to reappear to help them finalize the settlement, including seeking final approval of the infant compromise pursuant to Local Civil Rule 83.2.

Accordingly, and jointly with Defendants, Plaintiffs respectfully request that the Court lift the stay currently in place, *see* Dkt. # 40. The parties will shortly file a form consenting to the referral of this matter to Magistrate Moses, as she has become intimately familiar with this case and is in the best position to review and approve the infant compromise order.

A material term of the settlement agreement is that the parties execute a transfer of Plaintiff Mulligan's shares in her cooperative apartment by June 30, 2021, which can happen only after the Court has approved the settlement. We will thus move for settlement approval as soon as possible.

We thank the Court for its attention to this matter.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/2021

Respectfully submitted,

/s Alison Frick
Alison Frick

CC. All parties (via ECF)

Alanna Kaufman*  •  Douglas E. Lieb†  •  David A. Lebowitz  •  Alison Frick*

*Also admitted to practice in New Jersey  †Also admitted to practice in California