USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CHRISTINA MULLIGAN and JAMES OEHLER,
Individually and on behalf of their minor daughter,
N.O.,

                Plaintiff,

- against -

754-768 BRADY OWNERS CORP., EBMG, LLC and
MONIQUE BOWE,

                Defendants.
------------------------------------X

1:20-cv-07178-JGK

~~[PROPOSED]~~ ORDER

WHEREAS, Plaintiffs commenced the above-captioned action (the "Action");

WHEREAS, all parties have reached an amicable settlement of the claims in the Action;

WHEREAS, the parties submitted to the Court for approval the Settlement Agreement, attached as Exhibit A to the Declaration of Alison Frick;

WHEREAS, the Court determined that the best interests of the infant plaintiff will be served by the proposed Settlement; and

WHEREAS, the Court excused for good cause the need for a hearing, due to the Covid-19 pandemic and the impending sale date of Plaintiff's co-op unit;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Settlement Agreement, attached as Exhibit A to the Declaration of Alison Frick, is approved.

Dated: New York, New York
June 23, 2021

The parties shall promptly file the voluntary stipulation of dismissal required by Section 4(a) of the Settlement Agreement.

SO ORDERED:

_____
Barbara Moses
United States Magistrate Judge
June 23, 2021